IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON MAY 1 2 2014 /s/ DEPUTY CLERK

| | |
|---|---|
| PETER BROWN,       Plaintiff | : : : |
| v. | : CIVIL NO. 3:14-CV-588 : : (JUDGE NEALON) |
| PEORI,       Defendant | : (MAGISTRATE JUDGE BLEWITT) : : |

## ORDER

**NOW**, THIS 12th DAY OF MAY, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 4), is **ADOPTED**;

2. The complaint, (Doc. 1), is **DISMISSED without prejudice**;

3. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the sole purpose of filing this action;

4. Plaintiff is **DIRECTED** to file an amended complaint on or before June 2, 2014, to cure the deficiencies outlined in the R&R. If he fails to timely file an amended complaint, the action may be closed; and

5. This matter is **REMANDED** to Magistrate Judge Blewitt for further proceedings.

/s/ William J. Nealon
**United States District Judge**